**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ADAM AKARSOY, individually and on behalf of similarly situated individuals, | |
| *Plaintiff*, | Case: 5:20-cv-01325-JLS |
| v. | Hon. Jeffrey L. Schmehl |
| B. BRAUN MEDICAL, INC., a Pennsylvania Corporation, | |
| *Defendant.* | |

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff Adam Akarsoy ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of his voluntary dismissal *without prejudice* of his complaint, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**ADAM AKARSOY**,

Date: June 30, 2020

By: David S. Senoff
       One of Plaintiff's Attorneys

David S. Senoff
dsenoff@firstlawstrategy.com
Hillary B. Weinstein
hweinstein@firstlawstrategy.com
FIRST LAW STRATEGY GROUP, LLC
121 S. Broad Street, Suite 300
Philadelphia, PA 19107
Tel: 215.258.4700
Fax: 215.258.4777

Jay Edelson*
jedelson@edelson.com
Benjamin H. Richman*

brichman@edelson.com
Iman Boundaoui*
iboundaoui@edelson.com
Michael Ovca*
movca@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2020, a copy of the foregoing ***Plaintiff's Notice of Voluntarily Dismissal Without Prejudice*** was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record.


<u>/s/ David S. Senoff</u>